**FILED**

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0493

# IN THE SUPREME COURT OF THE STATE OF MONTANA

IN THE MATTER OF THE ESTATE OF   )    Case No. DA 22-0493
)
LOWELL TIMOTHY SKUNBERG,     )   **ORDER GRANTING MOTION**
)   **FOR EXTENSION OF TIME**
Deceased.     )
)

Appellant Craig Backen has filed a Motion for Extension of Time to file Appellant's Opening Brief. Appellant has requested 90 days, or until January 26th, 2023. Appellant's counsel has represented to the Court that Appellee's counsel has been contacted and has no objection to the Motion. Therefore,

IT IS HEREBY ORDERED that Appellant is given a 90-day extension of time until January 26th, 2023, to prepare, file and serve their Opening Brief.

DATED this _____ day of October, 2022.


_____
Clerk of the Montana Supreme Court


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11 2022